IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:20-CR-00124-D

UNITED STATES OF AMERICA :
:
v. :
:
DERRICK DEVON KING :

## ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement by the defendant on June 2, 2020, the defendant's guilty plea to offenses in violation of 18 U.S.C. § 1349 and 18 U.S.C. § 924(c), and all other evidence of record, the Court finds that the following property is hereby forfeitable pursuant to 18 U.S.C. § 982(a)(2)(A) and 18 U.S.C. § 924(d)(1), to wit:

- $79,415.96, which represents proceeds that the defendant personally obtained directly or indirectly as a result of the said offenses, and for which the United States may forfeit substitute assets pursuant to 21 U.S.C. § 853(p);
- Bryco Arms Jennings 9mm semi-automatic handgun serial number 1455902; and
- Any all associated ammunition.

AND WHEREAS, by virtue of said Memorandum of Plea Agreement, and all other evidence of record, the United States is now entitled to possession of said

1

personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement as to the defendant, and all other evidence of record, the defendant shall forfeit $79,415.96 to the United States as property constituting or derived from proceeds obtained, directly or indirectly, as a result of the said offenses.

2. That pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure, the United States may move to amend this Order at any time to substitute specific property to satisfy this Order of Forfeiture in whole or in part.

3. That any and all forfeited funds shall be deposited by the U.S. Department of Justice or the U.S. Department of the Treasury, as soon as located or recovered, into the U.S. Department of Justice's Assets Forfeiture Fund or the U.S. Department of the Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

4. That with respect to the firearm and ammunition listed herein, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3).

5. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is DIRECTED to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be

final as to the defendant upon entry.

SO ORDERED, this 23 day of November, 2020.

_____
JAMES C. DEVER III
United States District Judge

3